**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michelle Robertson dba Teach & Learn Day School, Inc., dba Bright Futures Early Learning Academy, LLC<br>&<br>Joann Robertson dba Teach & Learn Day School, Inc., dba Bright Futures Early Learning Academy, LLC<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-17850 jkf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

               Respectfully submitted,

               **/s/ Rebecca A. Solarz, Esquire**
               Rebecca A. Solarz, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322 FAX (215) 627-7734