United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17850-jkf
Michelle Robertson                                                  Chapter 13
Joann Robertson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Jan 12, 2018
                              Form ID: 309I           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
```
db/jdb         +Michelle Robertson,    Joann Robertson,    2829 Westerham Road,    Downingtown, PA 19335-6019
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
14016592       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
14016596       +Best Buy,   PO Box 6497,    Sioux Falls, SD 57117-6497
14016597       +CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
14016602       +Comenity Capital/ Boscovs,    PO box 182120,    Columbus, OH 43218-2120
14016610       +Home Depot,   2450 Cumberland Pkwy,    Atlanta, GA 30339-4502
14016614       +Loancare Servicing Center,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14016615       +MRS BPO,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14016616       +Mariner Finance,    8211 Town Central Drive,    Baltimore, MD 21236-5904
14016617       +Medical revenue Service,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
14026383       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14016625       +Transworld Systems Inc,    1 Eves Drive,    Marlton, NJ 08053-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: amatson@spadealaw.com Jan 13 2018 01:52:56     EDWARD ANDREW MATSON,
                 Spadea Lignana LLC,    1315 Walnut Street,   Suite 1532,    Philadelphia, PA  19107
smg             E-mail/Text: bankruptcy@phila.gov Jan 13 2018 01:54:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2018 01:54:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 13 2018 01:53:52     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,    Philadelphia, PA 19107-4405
14016590        Fax: 800-813-8164 Jan 13 2018 01:52:50     21st Mortgage Corp,   620 Market Street, Suite 100,
                 Knoxville, TN 37902
14027953        EDI: HNDA.COM Jan 13 2018 01:43:00     American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
14016593        E-mail/Text: ebn@americollect.com Jan 13 2018 01:54:01     Americollect Inc.,
                 1851 S Alverno Road,    Manitowoc, WI 54220
14016591       +E-mail/Text: bankruptcy@rentacenter.com Jan 13 2018 01:55:07     Acceptance Now,
                 5501 Headqarters Drive,    Plano, TX 75024-5837
14016595       +E-mail/Text: bankruptcy@bfscapital.com Jan 13 2018 01:53:55     BFS Capital,
                 3301 N University Drive, Suite 300,    Coral Springs, FL 33065-4149
14016598       +EDI: CAPITALONE.COM Jan 13 2018 01:43:00     Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
14016599       +EDI: CAPITALONE.COM Jan 13 2018 01:43:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
14018420       +EDI: AISACG.COM Jan 13 2018 01:43:00     Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    P.O. Box 165028,   Irving, TX 75016-5028
14016600       +EDI: CHASE.COM Jan 13 2018 01:43:00     Chase Card,   PO box 15298,
                 Wilmington , DE 19850-5298
14016601       +EDI: WFNNB.COM Jan 13 2018 01:43:00     Comenity Capital,   PO Box 182120,
                 Columbus , OH 43218-2120
14016603       +EDI: NAVIENTFKASMDOE.COM Jan 13 2018 01:43:00     Department of Education,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
14016611        EDI: IRS.COM Jan 13 2018 01:43:00     Internal Revenue Service,   Kansas City, MO 64999
14016612       +EDI: CBSKOHLS.COM Jan 13 2018 01:43:00     Kohls,   PO Box 3115,   Milwaukee, WI 53201-3115
14016618       +EDI: NAVIENTFKASMSERV.COM Jan 13 2018 01:43:00     Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
14026109       +EDI: PRA.COM Jan 13 2018 01:43:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14020978        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2018 01:53:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14016621       +EDI: WTRRNBANK.COM Jan 13 2018 01:43:00     Target,   PO Box 673,   Minneapolis , MN 55440-0673
14016623       +EDI: TFSR.COM Jan 13 2018 01:43:00     Toyota Motor Credit Corp,
                 240 Gibraltar Road, Suite 260,    Horsham, PA 19044-2387
14016624       +EDI: RMSC.COM Jan 13 2018 01:43:00     Toys R Us,   PO box 965036,   Orlando , FL 32896-5036
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
                 Reading, PA 19606-0410
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14016594*     ++AMERICOLLECT INC,    PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect Inc.,    1851 S Alverno Road,    Manitowoc, WI 54220
14016604*      +Department of Education,    PO Box 9635,   Wilkes Barre, PA 18773-9635
14016605*      +Department of Education,    PO Box 9635,   Wilkes Barre, PA 18773-9635
```

```
District/off: 0313-2         User: Lisa              Page 2 of 2          Date Rcvd: Jan 12, 2018
                             Form ID: 309I           Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****
14016606*       +Department of Education,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14016607*       +Department of Education,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14016608*       +Department of Education,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14016609*       +Department of Education,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14016613*       +Kohls,   PO Box 3115,    Milwaukee, WI 53201-3115
14016619*       +Navient,    PO Box 9500,    Wilkes Barre, PA 18773-9500
14016620*       +Navient,    PO Box 9500,    Wilkes Barre, PA 18773-9500
14016622*       +Target,    PO Box 673,    Minneapolis, MN 55440-0673
                                                                                TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
          CELINE P. DERKRIKORIAN    on behalf of Creditor    LakeView Loan Servicing, LLC ecfmail@mwc-law.com
          EDWARD ANDREW MATSON    on behalf of Joint Debtor Joann  Robertson amatson@spadealaw.com,
           jschwartz@spadealaw.com
          EDWARD ANDREW MATSON     on behalf of Debtor Michelle  Robertson amatson@spadealaw.com,
           jschwartz@spadealaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michelle Robertson** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2032** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Joann Robertson** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4103** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | Date case filed for chapter  **13**  **11/17/17** |
| Case number:  **17–17850–jkf** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michelle Robertson | Joann Robertson |
| 2. | **All other names used in the last 8 years** | dba Teach & Learn Day School, Inc., dba Bright Futures Early Learning Academy, LLC | dba Teach & Learn Day School, Inc., dba Bright Futures Early Learning Academy, LLC |
| 3. | **Address** | 2829 Westerham Road <br> Downingtown, PA 19335 | 2829 Westerham Road <br> Downingtown, PA 19335 |
| 4. | **Debtor's attorney** <br> Name and address | EDWARD ANDREW MATSON <br> Spadea Lignana LLC <br> 1315 Walnut Street <br> Suite 1532 <br> Philadelphia, PA 19107 | Contact phone 215 525 1165 <br> Email: amatson@spadealaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | FREDERICK L. REIGLE <br> Chapter 13 Trustee <br> 2901 St. Lawrence Avenue <br> P.O. Box 4010 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br> Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br> Contact phone (215)408–2800 <br> Date: 1/12/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 9, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/10/18**<br><br><br><br><br><br><br><br>**Filing deadline: 5/10/18**<br><br>**Filing deadline: 5/16/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1,225.00 per month for 60 months. **The hearing on confirmation will be held on: 3/21/18 at 9:30 AM Location:Courtroom #3, 900 Market Street, Philadelphia PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |