United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 17-17850-jkf
Michelle Robertson                                               Chapter 13
Joann Robertson
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 3          Date Rcvd: May 30, 2018
                              Form ID: pdf900          Total Noticed: 45
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
```
db/jdb         +Michelle Robertson,    Joann Robertson,    2829 Westerham Road,    Downingtown, PA 19335-6019
cr             +21st Mortgage Corporation c/o Thomas A. Capehart,,    Gross McGinley, LLP,
                 33 S. Seventh Street,    P.O. Box 4060,    Allentown, PA 18105-4060
14016596       +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
14016597       +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14016599       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14016598       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
14058853        Capital One, N.A.,     c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14016600       +Chase Card,    PO box 15298,    Wilmington , DE 19850-5298
14016601       +Comenity Capital,    PO Box 182120,    Columbus , OH 43218-2120
14016602       +Comenity Capital/ Boscovs,    PO box 182120,    Columbus, OH 43218-2120
14016610       +Home Depot,    2450 Cumberland Pkwy,    Atlanta, GA 30339-4502
14105596       +LakeView Loan Servicing, LLC,     c/o LoanCare, LLC,    3637 Sentara Way,
                 Virginia Beach, VA 23452-4262
14016614       +Loancare Servicing Center,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14016615       +MRS BPO,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14016616       +Mariner Finance,    8211 Town Central Drive,    Baltimore, MD 21236-5904
14016617       +Medical revenue Service,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
14051893        Navient Solutions, LLC on behalf of,    Educational Credit Management,    Corporation,
                 PO BOX 16408,    St. Paul, MN 55116-0408
14051894        Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
                 PO BOX 8961,    Madison, WI 53708-8961
14051731       +Small Business Term Loans, Inc,    3301 N. University Drive, Suite 300,
                 Coral Springs, Florida 33065-4149
14016621       +Target,    PO Box 673,    Minneapolis , MN 55440-0673
14016623       +Toyota Motor Credit Corp,    240 Gibraltar Road, Suite 260,    Horsham, PA 19044-2387
14026383       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14016625       +Transworld Systems Inc,    1 Eves Drive,    Marlton, NJ 08053-3125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 31 2018 02:23:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 31 2018 02:23:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com May 31 2018 02:23:41
                 American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063,
                 UNITED STATES
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 31 2018 02:29:37
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 02:29:34     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14016590        Fax: 800-813-8164 May 31 2018 02:35:05      21st Mortgage Corp,    620 Market Street, Suite 100,
                 Knoxville, TN 37902
14043994        Fax: 800-813-8164 May 31 2018 02:35:05      21st Mortgage Corp.,    PO Box 477,
                 Knoxville, TN 37901
14027953        E-mail/Text: ebnbankruptcy@ahm.honda.com May 31 2018 02:23:41
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14016593        E-mail/Text: ebn@americollect.com May 31 2018 02:23:41     Americollect Inc.,
                 1851 S Alverno Road,    Manitowoc, WI 54220
14016591       +E-mail/Text: bankruptcy@rentacenter.com May 31 2018 02:23:53      Acceptance Now,
                 5501 Headqarters Drive,    Plano, TX 75024-5837
14016595       +E-mail/Text: bankruptcy@bfscapital.com May 31 2018 02:23:40      BFS Capital,
                 3301 N University Drive, Suite 300,    Coral Springs, FL 33065-4149
14016598       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2018 02:28:04      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14016599       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2018 02:28:04      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14018420       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 31 2018 02:28:04
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 P.O. Box 165028,    Irving, TX 75016-5028
14016601       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2018 02:23:29      Comenity Capital,
                 PO Box 182120,    Columbus , OH 43218-2120
14016602       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2018 02:23:29      Comenity Capital/ Boscovs,
                 PO Box 182120,    Columbus, OH 43218-2120
14016603       +E-mail/PDF: pa_dc_ed@navient.com May 31 2018 02:28:03     Department of Education,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
14016611        E-mail/Text: cio.bncmail@irs.gov May 31 2018 02:23:27     Internal Revenue Service,
                 Kansas City, MO 64999
14016612       +E-mail/Text: bnckohlsnotices@becket-lee.com May 31 2018 02:23:27      Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
```

```
District/off: 0313-2            User: JEGilmore             Page 2 of 3              Date Rcvd: May 30, 2018
                                Form ID: pdf900             Total Noticed: 45


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14016618       +E-mail/PDF: pa_dc_claims@navient.com May 31 2018 02:29:36      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
14070821        E-mail/PDF: pa_dc_claims@navient.com May 31 2018 02:29:37
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14026109       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2018 02:29:34
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14020978        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2018 02:23:36
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14077335        E-mail/Text: bnc-quantum@quantum3group.com May 31 2018 02:23:29
                 Quantum3 Group LLC as agent for,     Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14098589       +E-mail/Text: bncmail@w-legal.com May 31 2018 02:23:41      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14016624       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 02:28:47      Toys R Us,    PO box 965036,
                 Orlando , FL 32896-5036
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14016592*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court:  American Honda Finance,     201 Little Falls Drive,
                 Wilmington, DE 19808)
14016594*     ++AMERICOLLECT INC,    PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court:  Americollect Inc.,    1851 S Alverno Road,    Manitowoc, WI 54220)
14016604*      +Department of Education,    PO Box 9635,   Wilkes Barre, PA 18773-9635
14016605*      +Department of Education,    PO Box 9635,   Wilkes Barre, PA 18773-9635
14016606*      +Department of Education,    PO Box 9635,   Wilkes Barre, PA 18773-9635
14016607*      +Department of Education,    PO Box 9635,   Wilkes Barre, PA 18773-9635
14016608*      +Department of Education,    PO Box 9635,   Wilkes Barre, PA 18773-9635
14016609*      +Department of Education,    PO Box 9635,   Wilkes Barre, PA 18773-9635
14016613*      +Kohls,   PO Box 3115,    Milwaukee, WI 53201-3115
14016619*      +Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14016620*      +Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14016622*      +Target,   PO Box 673,    Minneapolis, MN 55440-0673
                                                                                       TOTALS: 0, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    LakeView Loan Servicing, LLC ecfmail@mwc-law.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              EDWARD ANDREW MATSON    on behalf of Joint Debtor Joann  Robertson amatson@spadealaw.com,
               jschwartz@spadealaw.com
              EDWARD ANDREW MATSON    on behalf of Debtor Michelle  Robertson amatson@spadealaw.com,
               jschwartz@spadealaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: JEGilmore           Page 3 of 3                  Date Rcvd: May 30, 2018
                              Form ID: pdf900           Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        THOMAS A. CAPEHART    on behalf of Creditor    21st Mortgage Corporation c/o Thomas A. Capehart, Esquire JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MICHELLE & JOANN ROBERTSON | : | |
| Debtor(s) | : | Bky. No. 17-17850-JKF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: May 30, 2018**

                                        **JEAN K. FITZSIMON**
                                        **U.S. BANKRUPTCY JUDGE**